Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN THOMAS, | Case No.  09-CV-00313-LKK-KJM |
| Plaintiff, | |
| vs. | STIPULATION TO DISMISS WITH PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Plaintiff, STEPHAN THOMAS, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on February 3, 2009.  NCO filed its responsive pleading on March 9, 2009.  The parties subsequently resolved the action in its entirety and filed a Notice of Settlement on June 5, 2009.  As part of said resolution, the parties agree to dismiss the entire action with prejudice.  The Court is to retain jurisdiction for purposes of enforcement of the settlement.

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 7/8/09	SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Albert R. Limberg
Albert R. Limberg,
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: 7/8/09	KROHN & MOSS, LTD.

/s/ Mike Agruss
Mike Agruss,
Attorney for Plaintiff,
Stephan Thomas

IT IS SO ORDERED.

Dated: July 8, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com